UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOPE SAMUELS,<br><br>                          Plaintiff,<br><br>  -against-<br><br>RH NY MP F&B, LLC,<br><br>                         Defendant. | 24-CV-09798 (ER) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated November 18, 2025, Judge Edgardo Ramos referred this case to me for general pretrial supervision.

      A case management conference was scheduled for **Friday, December 19, 2025** in front of Judge Krause. The original conference date will be kept and I will now hold it as a telephone conference at **10:00 a.m.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442, Access Code: 788 923 219 #**.

DATED: November 19, 2025
            New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge