UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPE SAMUELS,

                Plaintiff,

    -against-

RH NY MP F&B, LLC,

                Defendant.

24-CV-09798 (ER) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The telephonic conference scheduled for December 19, 2025 will now be held on **Wednesday, December 17, 2025 at 3:00 PM.** The parties should be prepared to discuss the status of the case and ECF 29 to 30. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 788 923 219#.

The Clerk of Court is respectfully requested to grant ECF 32.

DATED:  December 15, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge