UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPE SAMUELS,

                    Plaintiff,

          -against-

RH NY MP F&B, LLC,

                    Defendant.

24-CV-9798 (ER) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed and for the reasons set out during the telephonic conference on December 17, 2025, Plaintiffs' pending letter-motion for discovery (ECF 30) is DENIED without prejudice to renewal if necessary at the appropriate time. The Clerk of Court is respectfully requested to terminate ECF 30.

DATED:  December 17, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge